1018

UNION ELECTRIC LIGHT & POWER CO.,
Appellant, v. R. M. ANDERSON, Receiver
of the Cherokee National Bank of St. Louis,
etc.

No. 11269.

Circuit Court of Appeals, Eighth Circuit.
July 29, 1938.

James E. Carroll, of St. Louis, Mo., for
appellant.

Ruby M. Hulen, of St. Louis, Mo., for
appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of
appellant but without taxation of attorney's docket fee in this Court, which is
waived by appellee, pursuant to stipulation
of parties.

The UNION TRUST COMPANY OF PITTS-
BURGH, a Corporation, Plaintiff, v.
BOARD OF EDUCATION OF THE CITY
OF CHICAGO, etc., et al., Defendants.

SOUTH EAST NATIONAL BANK OF CHI-
CAGO, a National Banking Corporation,
Charles B. Scoville, Jr., as Trustee of the
Estate of Charles B. Scoville, Deceased,
Thomas H. Cochran and Harry B. Jacobs,
Appellants, v. The UNION TRUST COM-
PANY OF PITTSBURGH, a Corporation,
The First National Bank of Boston, a Na-
tional Banking Corporation, First Service
Corporation, a Corporation, the Chase Na-
tional Bank, a National Banking Corpora-
tion, Marie L. Reuther, Appellees.

No. 6776.

Circuit Court of Appeals, Seventh Circuit.
Feb. 6, 1939.

Before SPARKS and KERNER, Cir-
cuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is
now here ordered, adjudged and decreed

by this court that this appeal be, and the
same is hereby, dismissed, with costs.

UNITED ELECTRIC COAL COMPANIES
v. NATIONAL BITUMINOUS COAL
COMMISSION.

No. 6563.

Circuit Court of Appeals, Seventh Circuit.
Feb. 16, 1939.

Before SPARKS and MAJOR, Circuit
Judges.

PER CURIAM.

Upon all the papers and proceedings
heretofore had in this action, now, upon mo-
tion of the respondent, dated the 6th day
of February, 1939.

It is hereby ordered that the order of
this court dated the 17th day of February,
1938, granting an injunction pendente lite
be set aside, and the injunction vacated, and
the petition be, and the same hereby is dis-
missed, without costs to either party, on
the ground that this cause has become moot.

UNITED STATES of America, Appellant, v.
Mary E. ASHFORD et al.

No. 11355.

Circuit Court of Appeals, Eighth Circuit.
Nov. 8, 1938.

Joseph T. Votava, U. S. Atty., and Am-
brose C. Epperson, Asst. U. S. Atty., both
of Omaha, Neb.

No appearance for appellees.

PER CURIAM.

Appeal docketed and dismissed without
costs to either party in this Court on motion
of appellant and certificate of clerk of Unit-
ed States District Court.